BEFORE THE FIRST DIVISION, JUNE 20, 1950

**No. 54411.**—Artisan Products Import, Ltd. *v.* United States, protest 143479–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54412.**—Wm. Wackenhuth & Son *v.* United States, protest 154646–K (B) (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54413.**—Nozaki Bros., Inc., et al. *v.* United States, protests 40711–K, etc. (Boston, etc.).

Opinion by COLE, J. The protests were dismissed.

**No. 54414.**—Wo Kee & Co. and Yick Fung Co. *v.* United States, protests 72656–K and 825146–G (San Francisco and Seattle).

Opinion by COLE, J. The protests were dismissed.